BERNARD FILLGRAVE, Respondent, *v.* EDWARD D. CHAPPELL, Appellant.

(Argued June 3, 1878; decided June 11, 1878.)

*Edward H. Hobbs* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.